**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DAWN V. MARTIN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )  **No. 99-1175 (TFH)** |
| | ) |
| **HOWARD UNIVERSITY, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Pending before the Court are the Report and Recommendation issued by Magistrate Judge Facciola, Plaintiff's objection, and Defendants' response to that objection. After reviewing the Report and Recommendation, the parties' relevant filings, and the entire record in this matter, this Court finds no factual or legal basis for Plaintiff's objection. For the reasons provided in the Report and Recommendation, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment is denied.

2. Defendants' Motion for Summary Judgment is granted as to Plaintiff's claims of retaliation based on decisions to convert or leave vacant certain positions, and denied as to all other parts.

September 16, 2005

/s/
Thomas F. Hogan
Chief Judge